AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Donaldo Martinez

**CRIMINAL COMPLAINT**

Case Number: M-19- 1105 -M

IAE    YOB: 1962
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 12, 2019** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Donaldo Martinez was encountered by Border Patrol Agents near Roma, Texas on May 12, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 12, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 4, 1999 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 3, 1998, the defendant was convicted of Indecency with a Child Sexual Contact and sentenced to eight (8) years probation.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant
Claudia Garcia      Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 14, 2019  - 2:57 p.m.

Juan F. Alanis            , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer